UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ISRAEL BERGER,

                   Plaintiff,

       -against-

EQUIFAX INFORMATION SERVICES, LLC, et al.

                  Defendants.
------------------------------------------------------------X

19-cv-11175 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

    It has been reported to the Court that this case has been settled. Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: February 18, 2020
       New York, New York

                                           Vernon S. Broderick
                                           United States District Judge