UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
ISRAEL BERGER,

                     Plaintiff,

     -against-

AMERICAN EXPRESS CO.

                    Defendant.
-------------------------------------------------------- X

19-cv-11175 (VSB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/17/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

On May 7, 2020, this case was stayed pending the completion of arbitration. (Doc. 18.) It is hereby:

ORDERED that the parties submit a joint status update no later than September 30, 2020, updating the Court on the status of the arbitration.

IT IS FURTHER ORDERED that the parties submit status updates every sixty (60) days thereafter.

SO ORDERED.

Dated: September 17, 2020
       New York, New York

Vernon S. Broderick
United States District Judge